UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

LUIS FILPO,

Defendant.

24-CR-463 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

For the reasons stated at today's conference, the Court sets the following schedule:

- The next conference in this case is scheduled for **December 9, 2024** at **10:00 a.m.** in **Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY.

- Trial is scheduled for **June 9, 2025** at **9:00 a.m.** in **Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY.

- Time is excluded, pursuant to 18 U.S.C. § 3161(h)(7)(A), until **December 9, 2024**.

SO ORDERED.

_Paul A. Engelmayer_

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: September 26, 2024
       New York, New York