UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

        -v-

LUIS FILPO,

                   Defendant.

------------------------------------------------------------X

24-CR-463 (PAE)

SCHEDULING ORDER

PAUL A. ENGELMAYER, United States District Judge:

For the reasons stated on the record at today's conference, the Court hereby sets the following schedule and deadlines:

- The parties shall file a joint letter proposing schedules for (1) the filing of a suppression motion, opposition and reply; and (2) the filing of the Government's enterprise/Rule 404(b) letter, and briefs on motions in limine, by **January 3, 2025.**

- A suppression hearing is scheduled for **February 24, 2025 at 9:30 a.m.** in **Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY.

- Trial in this case is rescheduled to **May 12, 2025 at 9:00 a.m.**

- Time is excluded, pursuant to 18 U.S.C. § 3161(h)(7)(A), until **February 24, 2025.**

SO ORDERED.

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge

Dated: December 19, 2024
       New York, New York